IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS ACOSTA,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 1:20-cv-01209-DAD-EPG-PC<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND**<br><br>**(ECF No. 28)** |

Defendants McNeal, Montoya, and Moore have filed an *ex parte* application for extension of time in which to respond to the First Amended Complaint. Having considered the application, the Court finds good cause to grant such extension request.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. Defendants' request for an extension of time (ECF No. 28) is granted; and
2. Defendants shall file their responsive pleading within twenty-eight days of service of the Court's ruling on the pending Findings and Recommendations recommending that Plaintiff's motion for leave to amend be granted (ECF No. 26).

IT IS SO ORDERED.

Dated: **July 15, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE