UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS ACOSTA,**<br><br>                              Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                              Defendants. | Case No. 1:20-cv-01209-DAD-EPG (PC)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING UNTIL OCTOBER 19, 2021, SO THAT DEFENDANTS MAY FILE A SINGLE RESPONSIVE PLEADING FOR ALL DEFENDANTS RATHER THAN FILING MULTIPLE RESPONSIVE PLEADINGS**<br><br>**(ECF No. 38)** |

Defendants California Department of Corrections and Rehabilitation, K. McNeal, H. Montoya and R. Moore ("Defendants") have filed an *ex parte* application for an extension of time to file a responsive pleading to the Second Amended Complaint in order to file a single response. After considering the moving papers, the Court finds good cause to grant the application.

Accordingly, IT IS ORDERED that the application is granted. Defendants shall file their responsive pleading on or before October 19, 2021.
IT IS SO ORDERED.

Dated:   **August 27, 2021**                              /s/ Erica P. Grosjean
                                                                           UNITED STATES MAGISTRATE JUDGE