UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ACOSTA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:20-cv-01209-DAD-EPG (PC)<br><br>ORDER REQUIRING ASSIGNED DEPUTY ATTORNEY GENERAL TO RESPOND TO ORDER REGARDING EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 35) |

On August 18, 2021, the Court issued an order regarding early settlement conference. (ECF No. 35). The Court gave the assigned Deputy Attorney General forty-five days to "either: (1) file a notice stating that Defendant(s) opt out of the settlement conference; or (2) contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference." (Id. at 2). This deadline has passed, and the assigned Deputy Attorney General failed to respond to this order.[1]

The Court will give the assigned Deputy Attorney General an additional seven days to comply with the order regarding early settlement conference.

\\\

\\\

\\\

---

[1] The Court granted Defendants' application for an extension of time to file their responsive pleading (ECF No. 40), but Defendants did not ask for, and thus were not granted, an extension of time to respond to the order regarding early settlement conference.

1

1  Accordingly, IT IS ORDERED that the assigned Deputy Attorney General has seven days
2 from the date of service of this order to respond to the order regarding early settlement
3 conference.

4
5 IT IS SO ORDERED.

6  Dated:  **October 14, 2021**                        /s/ Erica P. Grosjean
7                                                                         UNITED STATES MAGISTRATE JUDGE