# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ACOSTA,<br><br>       Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>       Defendants. | Case No. 1:20-cv-01209-DAD-EPG (PC)<br><br><br><br><br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

Louis Acosta, CDCR #AM-3731, a necessary and material witness in a settlement conference in this case on May 26, 2022, is confined in Ironwood State Prison (ISP), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Sheila K. Oberto, by Zoom video conference from his place of confinement, on Thursday, May 26, 2022, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the Court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of Court is directed to serve a copy of this order via fax on the Litigation Office at Ironwood State Prison at (760) 921-4307 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Wendy Kusamura, Courtroom Deputy, at wkusamura@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, ISP, P. O. Box 2229, Blythe, California 92226:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Oberto at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the Court.

\\\
\\\

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **April 27, 2022**                    /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

