UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>　　　　Defendants. | Case No. 1:20-cv-01209-DAD-EPG (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE AND WRIT<br><br>(ECF Nos. 49 & 53)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 57)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE LITIGATION COORDINATOR AT IRONWOOD STATE PRISON |

　　　　On May 13, 2022, Defendants filed a notice of settlement (ECF No. 56), along with a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees (ECF No. 57).

　　　　In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

　　　　Accordingly, IT IS ORDERED that:

　　　　1. The settlement conference set for May 26, 2022, is VACATED;

　　　　2. The order and writ of habeas corpus ad testificandum issued on April 28, 2022, which directed the Warden to produce Louis Acosta, CDCR #AM-3731, for the settlement conference on May 26, 2022, is VACATED;

3. The Clerk of Court is directed to serve a copy of this order on the litigation coordinator at Ironwood State Prison via e-mail; and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 16, 2022**            /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE